# Order

Michigan Supreme Court
Lansing, Michigan

July 31, 2012

142267 (33)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

CHARLOTTE HOFFNER,
      Plaintiff-Appellee,
      Cross-Appellant,
and

BLUE CROSS AND BLUE SHIELD OF
MICHIGAN,
      Plaintiff-Appellee,

v

RICHARD LANCTOE and LORI LANCTOE,
      Defendants-Appellants,
      Cross-Appellees,
and

PAMELA MACK, TIFFANY K. AHO, and
MOUSIE, INC., d/b/a FITNESS XPRESS,
      Defendants.

SC: 142267
COA: 292275
Gogebic CC: 08-000085-NO

_____/

On order of the Court, the application for leave to appeal as cross-appellant is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2012

0731

Clerk